CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BUDDY BARNUM, an individual; LYDIA BEALS, an individual; ARMANDO CARRANZA, an individual; REYNA CASTRO, an individual; GERALD DAVIS, an individual; NICHOLAS FOSTER, an individual; MANUEL HERNANDEZ, an individual; JUNE KERN, an individual; CARLOS MORALES, an individual; RAVI PATEL, an individual; CARMEN SERVIN, an individual; GENE SMITH, an individual; BIKE MONSTERS, a business entity; CONTINENTAL SUITES, a business entity; FIESTA-RANCHO HOTEL & CASINO, a business entity, and JOHN AND JANE DOES, 1-17.<br><br>    Defendants | Case No.: 2:16-cv-01803-MMD-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ARMANDO CARRANZA, GERALD DAVIS, MANUEL HERNANDEZ, JUNE KERN, CARLOS MORALES, AND FIESTA-RANCHO HOTEL & CASINO** |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff LHF PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, hereby voluntarily dismisses Defendants **ARMANDO CARRANZA, GERALD DAVIS, MANUEL HERNANDEZ, JUNE**

HAMRICK & EVANS LLP

1  KERN, CARLOS MORALES, AND FIESTA-RANCHO HOTEL & CASINO and
2  only Defendants **ARMANDO CARRANZA, GERALD DAVIS, MANUEL
3  HERNANDEZ, JUNE KERN, CARLOS MORALES, AND FIESTA-RANCHO
4  HOTEL & CASINO** from the above-captioned case.

5  Respectfully submitted this 13th day of February, 2017.

/s/ Charles C. Rainey
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph) / +1.818.763.2308 (fax)
*Attorney for Plaintiff*

HAMRICK & EVANS LLP

2