# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> SMITH, *et al.*, <br><br> DEFENDANT'S, | Case No. 2:16-cv-01803-RFB-GWF <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant's Lydia Beals, Carmen Servin, Ravi Patel, Buddy Barnum, Continental Suites, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant's **Lydia Beals, Carmen Servin, Ravi Patel, Buddy Barnum, Continental Suites**.

DATED this 14th day of March, 2017.

_____
**RICHARD F. BOULWARE, II**
United States District Judge