# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Re: LHF Productions, Inc.
Litigation about
*London Has Fallen*

2:16-cv-00924-GMN-NJK
2:16-cv-00925-MMD-CWH
2:16-cv-01803-RFB-GWF
2:16-cv-01918-GMN-NJK
2:16-cv-02028-APG-CWH
2:16-cv-02368-JCM-CWH
2:16-cv-02375-RFB-GWF

## OMNIBUS TRANSFER ORDER

Plaintiff LHF Productions, Inc., through attorney Charles Rainey, Esq., has filed 10 copyright-infringement lawsuits in this district against various named and doe defendants, alleging infringement of its copyright to a motion picture entitled *London Has Fallen*. The allegations in each of these cases are nearly identical, save for the different IP addresses through which LHF claims that the defendants accessed the film.

Having reviewed these cases, the judges of this district have concluded that judicial economy will be served by transferring all of these LHF *London Has Fallen* cases to a single District Court Judge and Magistrate Judge. Accordingly, THE UNDERSIGNED JUDGES—exercising their discretion under local rule 42-1(a) and the court's inherent power to control the management of the docket and in the interest of judicial economy—HEREBY **ORDER each of these cases to be TRANSFERRED to Judge Jennifer Dorsey and Magistrate Judge Nancy Koppe for all further proceedings**:

2:16-cv-00924-GMN-NJK        2:16-cv-02028-APG-CWH

2:16-cv-00925-MMD-CWH        2:16-cv-02368-JCM-CWH

2:16-cv-01803-RFB-GWF        2:16-cv-02375-RFB-GWF

2:16-cv-01918-GMN-NJK

IT IS FURTHER ORDERED that **plaintiff must file a copy of this order in any future case that it files in this district that is related to the *London Has Fallen* copyright.**

DATED this 12th day of April, 2017.

_____
Gloria M. Navarro
Chief United States District Judge

_____
James C. Mahan
United States District Judge

_____
Richard F. Boulware
United States District Judge

_____
Andrew P. Gordon
United States District Judge

_____
Jennifer A. Dorsey
United States District Judge

_____
Miranda M. Du
United States District Judge